UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| CHARLES ABERNATHY,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>CHOICE HOTEL INTERNATIONAL INC., and SHELBY HOTEL RE, LLC,<br><br>　　　　　Defendant. | Case No. CV-23-21 -BU-BMM<br><br>JUDGMENT IN A CIVIL CASE |

  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 **X** **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record.  A decision has been rendered.

  IT IS ORDERED AND ADJUDGED: Defendants' Motion for Judgment on the Pleadings is GRANTED. Abernathy's Amended Complaint is DISMISSED without prejudice.

 Dated this 20th day of March, 2024.

        TYLER P. GILMAN, CLERK

        By: /s/ M. Stewart
        M. Stewart, Deputy Clerk